**Order filed, April 03, 2014.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-13-00901-CV
_____

**BARBARA ULMER, Appellant**

**V.**

**DEREK ANTHONY JENKINS, SR., Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-44247**

---

## ORDER

The supplemental reporter's record was ordered to be filed in this case on or before **March 14, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the supplemental reporter's record has not been filed timely, we issue the following order.

We order **Toyloria Lanay Hunter**, the substitute court reporter, to file the supplemental reporter's record in this appeal within 30 days, containing the following:

1. Plaintiff's Exhibit 1, an iPad recording;

2. Respondent's Exhibit 15, Protective Order;

3. Respondent's Exhibit 17, Picture of Horse Head;

4. Respondent's Exhibit 18, Photo of Anthony Jenkins;

5. Respondent's Exhibit 19, Cert. of Class Completion; and

6. Respondent's Exhibit 20, E-mail.


PER CURIAM